UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | |
| | : | |
| BEATRIZ L. VILLA, | : | VIOLATION: 18 U.S.C. § 641 |
| | : | (Embezzlement of Government Money) |
| Defendant. | : | |

## INFORMATION

_____The United States Attorney charges:

## COUNT ONE

At times material to this Information:

    1. BEATRIZ L. VILLA ("VILLA") was employed as an Administrative Staff Assistant in the National Highway Traffic Safety Administration's Office of Defects Investigation ("NHTSA"), which is part of the U.S. Department of Transportation. VILLA worked for NHTSA in the Nassif Building, located at 400 7th Street, NW, in the District of Columbia. VILLA's job responsibilities included, among other things, entering time and attendance information in the Department of Transportation's Integrated Personnel and Payroll System ("Payroll System") for employees in her section.

    2. JULIA V. GOLDSON ("GOLDSON") was also employed as an Administrative Staff Assistant for NHTSA. In or about January 2003, VILLA began to input GOLDSON's time and attendance records into the Payroll System.

    3. VILLA and GOLDSON were paid on a bi-weekly basis and received a Statement of Earnings and Leave for each pay period. VILLA and GOLDSON were required to obtain advance, written approval for any overtime hours they were to work.

4. It was VILLA's scheme to use her position as a timekeeper with access to overtime codes to claim, and receive payment for, unapproved and unworked overtime hours for herself and for GOLDSON.

## MONEY BELONGING TO THE UNITED STATES

5. Between December 2001 and March 2004, VILLA embezzled approximately $36,000 from the United States Treasury as a federal employee by submitting fraudulent claims for overtime for herself and for GOLDSON, of which roughly $24,000 went to VILLA and $12,000 went to GOLDSON.

## FRAUDULENT APPROPRIATION FOR HER OWN OR OTHERS' USE

6. Between December 2001 and March 2004, VILLA fraudulently appropriated the $36,000 in government funds for her and her family's benefit and for the benefit of GOLDSON.

## ACTING KNOWINGLY AND WILLINGLY TO DEPRIVE GOVERNMENT OF MONEY

7. Between December 2001 and March 2004, VILLA acted knowingly and willingly with the intent to deprive the government of money. For example, she claimed through her entries into the computer payroll system, and received payments through direct deposit into her bank accounts for, working ten hours of overtime on each of the following days: Sunday, January 4, 2004; Saturday, January 10, 2004; Saturday, January 17, 2004; Sunday, January 18, 2004; Saturday, January 24, 2004; Sunday, January 25, 2004; and Saturday, January 31, 2004—for a total of 70 hours of unauthorized, unapproved, and unworked overtime hours in the month of January 2004 alone.

8. All told, VILLA fraudulently claimed, and was paid for, over 1,000 hours of unapproved, unauthorized, and unworked overtime.

9. By way of further example, in or about December 2003, for pay period 26, VILLA entered into the computer Payroll System time and attendance records for GOLDSON stating that GOLDSON worked five hours of overtime on Sunday, November 30, 2003, ten hours of overtime on Saturday, December 6, 2003, and ten hours of overtime on Sunday, December 7, 2003, when, in fact, GOLDSON did not work any of those hours of overtime.

10. All told, VILLA used her position as GOLDSON's timekeeper to obtain fraudulent payment for GOLDSON of nearly 400 hours of overtime that were unauthorized, unapproved, and unworked.

**(Embezzlement of Government Money, in violation of Title 18 United States Code § 641).**

        KENNETH L. WAINSTEIN
        United States Attorney for the
        District of Columbia


By: _____
        TIMOTHY G. LYNCH
        Assistant United States Attorney
        555 4th Street, NW
        Washington, D.C. 20530
        (202) 353-4862