# United States District Court for the District of Columbia

**FILED**

JUN 1 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

**WAIVER OF INDICTMENT**

CASE NUMBER: CR 06-149 (PLF)

**BEATRIZ L. VILLA**

I, BEATRIZ L. VILLA the above named defendant, who is accused of

18 USC 641 Embezzlement of Government Money - Count 1

being advised of the nature of the charge, the proposed superseding information, and of my rights, hereby waive in open court on June 14, 2006 prosecution by indictment and consent that the proceeding may be by Superseding Information rather than by Indictment.

_____
Defendant   Beatriz L. Villa

_____
Counsel for Defendant Danielle Jahn, Esquire

_____
Judge Paul L. Friedman
United States District Court