# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-149 (PLF)** |
| v. | : | |
| **BEATRIZ L. VILLA** | : | |

### GOVERNMENT'S MEMORANDUM IN AID OF SENTENCING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this memorandum in aid of sentencing. As shown below, the government believes the defendant should be sentenced to six months of home confinement as part of a period of probation sufficiently long for her to pay her restitution in full during the period of supervision.

### BACKGROUND

Beatriz L. Villa was employed as an Administrative Staff Assistant in the National Highway Traffic Safety Administration's Office of Defects Investigation, which is part of the U.S. Department of Transportation. Her job responsibilities included, among other things, entering time and attendance information in the Department of Transportation's Integrated Personnel and Payroll System for employees in her section, including her own time and attendance records.

Julia V. Goldson was also employed as an Administrative Staff Assistant for NHTSA. In or about January 2003, Villa began to input Goldson's time and attendance records into the Payroll System.

Ms. Villa and Ms. Goldson were paid on a bi-weekly basis and were required to obtain advance, written approval for any overtime hours they were to work. Ms. Villa used her position

as a timekeeper with access to overtime codes to claim, and receive payment for, unapproved and unworked overtime hours for herself and for Goldson. Between December 2001 and March 2004, Villa embezzled approximately $36,000 from the United States Treasury as a federal employee by submitting fraudulent claims for overtime for herself and for Goldson, of which roughly $24,000 went to Villa and $12,000 went to Goldson.

All told, Villa fraudulently claimed, and was paid for, over 1,000 hours of unapproved, unauthorized, and unworked overtime. Furthermore, she used her position as Goldson's timekeeper to obtain fraudulent payment for Goldson of nearly 400 hours of fraudulent overtime claims.

## DISCUSSION

Even though Ms. Villa is eligible for a period of up to twelve months of incarceration based on the guidelines calculation, the government—taking into full account her lack of prior criminal history and willingness to enter a pre-indictment plea—is not seeking any period of straight incarceration.

Nevertheless, given that Ms. Villa was the timekeeper who had the ability to commit the fraud, embezzled money from the federal government in paycheck after paycheck over a nearly three-year period by falsely claiming overtime, and expanded the fraud scheme by giving fraudulent overtime payments to a coworker, she bears the lion's share of responsibility for the $36,000 loss to the government. Without her, the scheme would not have been possible. Under the circumstances, a sentence of probation only—with no amount of time in home confinement or other substitute for incarceration—would not do justice to her crime.

Hence the government respectfully submits that the defendant should be sentenced to a period of probation long enough for her to pay $24,000 in restitution, and that she be ordered to serve six months of that probationary period in home detention.

Respectfully submitted,

KENNETH L. WAINSTEIN, D.C. Bar No. 451058
UNITED STATES ATTORNEY

By: _____
Timothy G. Lynch, D.C. Bar No. 456506
Assistant United States Attorneys
555 4th Street, NW
Room 5233
Washington, D.C. 20530
(202) 353-4862

### CERTIFICATE OF SERVICE

I hereby certify that, on this 18th day of August, 2006, I caused to be served by electronic filing a copy of the foregoing memorandum to:

Danielle Jahn, Esquire
Office of the Federal Public Defender
625 Indiana Avenue, NW
Washington, D.C. 20004

_____
Timothy G. Lynch
Assistant United States Attorney