

&lt;Maria.Cruz@dot.gov&gt;
08/17/2006 01:49 PM

To &lt;dani_jahn@fd.org&gt;
cc
bcc
Subject

Dear Judge Freidman:

My name is Maria Cruz; I am Beatriz Lorena Villa's sister. We (her family) call her Lorena. I wanted to tell you that Lorena is a very good, caring person. We are a small family but a very loving one. I want to give a brief summary of Lorena background. We grew in Beltsville, Md. We were the only Latino family in the neighborhood (parents from Bolivia). My father became sick and had to stop working while we were in high school. We lost our home and we were living in hotels for a while. Lorena at age 14 got a job at Roy Rogers to help with the bills and would buy clothes for me for school. During this time my mom was suffering from mental illness. My dad was able to get an apartment in Langley Park, Md which we had to pay weekly. Lorena was always there to help out our family whether with clothes, food, or money. Soon after Lorena had a child named Chanel. It was very difficult being young and having to deal with a baby and parents being sick and having no help. We tried our best to finish school and help our parents. We were evicted shortly after moving in because making weekly payments was becoming difficult with parents that didn't work. Eventually, my sister became of legal age and had a steady student job with the government, she was able to get an apartment , however I didn't go with her and my family I left and moved in with my boyfriend who eventually became my husband and the father of my 3 kids. So Lorena was caring for her daughter, my parents, and my younger sister who had just had baby and was still in High school. One day my younger sister was walking to the west Hyattsville metro station when she was attack and raped, her daughter was only 2 months old. Lorena had to care for her while she was recovering from her injuries. Lorena never complained. She did everything without complaints. Soon after my younger sister dealt with this ordeal, got a job and with the help of all of us together, we were able to find an apartment in takoma Park, in which my younger sister, her 2 daughters and my parents live. Even now, my dad still cannot work because he has a colostomy and my mom was recently diagnosed with a brain tumor and is still suffering from mental illness. My parents do not have medical insurance so we are relying on the help from the Spanish catholic center for their conditions. Lorena helps with taking them to doctor appointments, assisting in getting supplies for my dad's colostomy, medication, driving the kids to school, this includes my kids and younger sister's kids. Unfortunaltey, my younger sister and her are the only ones that drive them and take them to their appointments because they have vehicles and I don't at this time. She is a very loving person who cares for my parents and also for her nieces and nephew. Lorena has a daughter that she loves dearly. She trying her hardest not to get her caught up in the wrong crowd. She is sending Chanel to a catholic school, so she can get a good education and so she can participate in the school basketball team. Chanel is very good in basketball. My sister is trying her hardest to get her daughter and her family out of Langley Park, which is the home of many Latino gangs. Lorena is everything to Chanel, her mother, her best friend, and her provider. She has gotten a part time job to help. Right now in our life, we are needed to help out our parents not only finacally but emotionally also. Please take into consideration that she is needed in our family, unfortunately, its only us, we don't have any other extended family in the USA.

Thank you,

Maria Cruz



&lt;Anamari.Alonso@dot.gov&gt;
08/17/2006 02:42 PM

To &lt;dani_jahn@fd.org&gt;
cc
bcc
Subject Beatrice Lorena Villa

Good Afternoon,

My name is Anamari Alonso-El Aidi I work for the U.S. Dot NHTSA Office Defects Investigations as a Safety Defects Assistant for 16 years. I met Lorena 16 years ago right here at U.S. DOT. She was a bright and eager student aid and I a new government employee learning my way around. We quickly became friends. I saw that she was a kind, funny, and generous person. As time grew we became best friends. We spent time outside the office as I learned to know her for the sincere and gentle woman she is. She always went out of her way even when you simply needed someone to talk to and not be judged. As the years past we both became mothers. She gave birth to Chanel Alridge and I to Giovanni J. El Aidi then 2 years later to Najat M. El Aidi. I was involved in a abusive relationship and she held my hand when I needed comfort. Once again, never pointing blame just being a friend. Her strength helped me leave the abusive relationship and move on literally with nothing except the clothes on our backs. She stood by my side as I was stalked and was made to live a miserable life by my now ex-husband of 11 years. Never once letting me down when I felt defeated. Or when my ex-husband would threaten her..she never left me to fend for myself. She gave me the courage and the strength to stand when I could not go on. I will thank her for that always.

Now, I want to tell you about what a wonderful mother she is to Chanel. Chanel is her world literally. She has raised a beautiful bright intelligent and need I say athletic daughter. Chanel's grades are excellent and her activities keep Lorena busy at all times. Chanel is actively involved in basketball and other sports running, soccer, etc..

Lorena always volunteers her time and goes out of her way to accommodate not only Chanel, Teachers, School, Parents, Team Mates, but most importantly her family. I've seen Lorena struggle and go without to make sure Chanel has what she needs. Lorena's dedication reaches to her family. Her father is sick and her mother also. Her mother is mentally handicap and now has been diagnosed with a tumor that can kill her at any moment. Her father has a colostomy and other health issues. Her parents don't work and are supported by all three sisters Jennifer, Maria, and herself. She volunteered to take class's sponsored for nutrition by the church to help her father eat better because of his condition. I admire the bond and the commitment they have with one another to make sure their parents needs are getting met. Especially, now when time is the essence for their mother.

Most of the time Lorena has held down 2 jobs just to get by not only supporting herself but also her family. Lorena had been known to get lunch from McDonalds and come back empty handed. They say you must have been really hungry and she simply smiles and laughs a bit. Unknown to them she gave a her food the homeless people under the bridge. Whenever they saw her they knew a hot meal was on the way. This is the type of person she is. She would donate blood to the Red Cross whenever they came to the building she would volunteered during CFC Campaigns that everyone would avoid. She has volunteered her time at her daughters school, athletic events, church, and other functions put together by parents or teams. I remember when she also volunteered to read essays sent by children for a ( Stop drinking and Driving Campaign) sponcered by DOT via BET channel I had volunteered myself for this project. She also volunteered manning the US DOT Booth with the Crash Dummies while in D.C. on the Mall Grounds near the Capital to help the community and children receive information to have safer lives. She won the Administrator Sectary Award (Sectary Norman Mineta) for her Outstanding and Superior work only a few people receive each year that go above and beyond. And she has received People Saving People Awards through out her time here at DOT for going beyond the job duties. Lorena supported Investigators for their safety defect investigations to help save peoples lives and conduct recalls. She this additional work voluntary on top of her regualr work load because she cared and wanted to make a difference. You would

be hard pressed to find someone that had anything negative to say about Lorena. People here at work ask about her all the time. She is missed. Lorena always went the extra mile and did work for other groups without complaint and did it with a smile.

When I heard of what happened I could not believe it! I was in complete shock. I still don't understand or see how it could have happened. But I know that Lorena would never do such a thing ever again. I would put my life on it. I know this has weighed on her emotionally and physically to her determent. And she has lived with a constant weight on her shoulders for the mistake she made. She's prays that it will not affect her daughters life or her future. I know a lot of people wish they had a stop and replay button and they would never do or say the things would be detrimental to them or their family. Unfortunately there is no such button and now she lives with a thousand pound weight on her heart and soul for this. I know she prays everyday to God and asks for forgiveness. We have prayed together. Her daughter and family would not survive without her emotional, financial, and continual support she provides. She is working 2 jobs trying to support not only her daughter but her family.

I hope this information lends a hand in knowing what a good citizen, asset to the community, mother, and friend Lorena is please consider this when making your decision.

Sincerely,
Ms. Anamari Alonso El Aidi
US DOT NHTSA ODI
400 7th Street SW Room 2319
Washington, DC 20590
W- 202-366-6903